CONFORMING COPY

FILED
2012 OCT 10 PM 1:25
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY _____

1  DAVID F. MCDOWELL (CA SBN 125806)
   DMcDowell@mofo.com
2  GIANCARLO UREY (CA SBN 267069)
   GUrey@mofo.com
3  MORRISON & FOERSTER LLP
   555 West Fifth Street
4  Los Angeles, California 90013-1024
   Telephone: 213.892.5200
5  Facsimile: 213.892.5454

6  Attorneys for Defendant
   NUANCE COMMUNICATIONS, INC.
7

8  UNITED STATES DISTRICT COURT

9  CENTRAL DISTRICT OF CALIFORNIA

10

11 MICHAEL NATHAN; individually and on behalf of others similarly situated,

       Case No. CV12-8677-PSG (RZx)

12            Plaintiffs,

   DEFENDANT NUANCE
13            v.                          COMMUNICATIONS,
                                          INC.'S NOTICE OF
14 FRY'S ELECTRONICS, INC.; NUANCE        REMOVAL
   COMMUNICATIONS, INC.; VLADIMIR         [28 U.S.C. § 1446(D)]
15 PLESKOV; SYED N. FAHAD; JOHN FRY;
   DAVE FRY; RANDY FRY; and JOHN          [Los Angeles Superior Court
16 DOE 1; JOHN DOE 2; and DOES 1 TO 100,  Case No. BC491300]
   Inclusive,
17
              Defendants.
18

19
20
21
22
23
24
25
26
27
28

DEFENDANT'S NOTICE OF REMOVAL
la-1186603

TO THE CLERK OF THE UNITED STATE DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA:

PLEASE TAKE NOTICE that Defendant Nuance Communications, Inc. ("Nuance") hereby removes this action from the Superior Court of California, County of Los Angeles to the United States District Court for the Central District of California pursuant to 28 U.S.C. §§ 1332, 1441, 1446, and 1453.

### Procedural History and Timeliness of Removal

1. On August 31, 2012, Plaintiff Michael Nathan, purportedly on behalf of herself and all others similarly situated, filed a civil action in Los Angeles Superior Court entitled *Michael Nathan v. Fry's Electronics, Inc., et al.*, Case No. BC491300. (*See* Exhibit A to the Declaration of David F. McDowell.)

2. On September 10, 2012, Plaintiff served the complaint upon Nuance by personal service. (McDowell Dec. ¶ 3.) Nuance's removal notice is timely. *See* 28 U.S.C. § 1446(b) (removal is timely if filed within 30 days of defendant's receipt of the pleading).

### Basis for Removal Jurisdiction

3. <u>Generally</u>. The action is removable pursuant to the Class Action Fairness Act of 2005 (CAFA), 28 U.S.C. §§ 1332(d) and 1453(b), for at least the following reasons:

4. <u>Covered Class Action</u>. Plaintiff purports to bring the action on behalf of "all persons who have or have had at any time since August 1, 2008, purchased a Dragon Speech Recognition Software from Nuance, its subsidiaries, online stores, retailers, or any other authorized vendors of Nuance in the State of California." (Complaint ¶ 45.) Plaintiff alleges that the class may include over "100,000 Dragon Software purchasers." (Compl. ¶ 47.) *See* 28 U.S.C. §§ 1132(d)(1) & (2), 1453(a) & (b).

5. <u>Diversity</u>. The action satisfies the diversity requirement of CAFA, 28 U.S.C. § 1332(d)(2)(A). Plaintiff alleges that he is a resident of California and that

the class consists of individuals who purchased the Dragon Software in California. (Compl. ¶¶ 27, 45.) As of the date the complaint was filed in Los Angeles Superior Court and as of the date of this removal, Nuance is a Delaware corporation with its principal place of business in the State of Massachusetts. (Declaration of Jo-Anne Sinclair ¶ 2.) *See Hertz Corp. v. Friend*, 130 S. Ct. 1181, 1186 (2010) (adopting the "nerve center test," which locates a corporation's principal place of business in the place "where the corporation's high level officers direct, control, and coordinate the corporation's activities," "typically" the corporation's headquarters). Accordingly, pursuant to 28 U.S.C. section 1332(c)(1), defendant Nuance is, and at all relevant times, was a citizen of Delaware and Massachusetts.

6. The minimal diversity standard of CAFA is met as long as any one defendant is a citizen of a different state than any of the named plaintiffs. 28 U.S.C. § 1332(d)(2)(A). The allegations in the Notice of Removal concerning Nuance's citizenship alone are sufficient to establish minimal diversity when combined with the allegation concerning plaintiff's citizenship in the Complaint, and no set of facts relating to the citizenship of Nuance would change that result.

7. <u>Amount in Controversy – Alleged Damages</u>. Plaintiff alleges that Nuance defrauded, misled, and misinformed consumers "through deceptive design and policies and sale of their software and products." (Compl. at 2:7-8.) The complaint alleges 8 causes of action for the alleged wrongdoings. (Compl. ¶¶ 58-128.)

8. Nuance disputes that it is liable to plaintiff or to the putative class. A plain reading of the complaint, however, demonstrates that the amount in controversy exceeds $5,000,000 for purposes of removal. The complaint alleges as recoverable damages, inter alia: "the money Plaintiff suffered due to failure to receive refund," "three times the amount of the actual loss," and "punitive damages." (Compl. ¶¶ 62, 88.)

9. As demonstrated by the attached Declaration of Jo-Anne Sinclair,

between August 1, 2008 and August 31, 2008, the time period covered by plaintiff's complaint, Nuance sold at least $5 million of Dragon Naturally Speaking software in California. (Sinclair Dec. ¶ 5). Thus, the amount in controversy in this action exceeds $5,000,000. (*Id.*)

10. <u>Matter in Controversy – Attorney's Fees</u>. Plaintiff also seeks an award of attorney's fees. (Compl. ¶¶ 63, 77, 123, 128, and Prayer for Relief ¶ 12.) This amount should also be included in connection with the amount in controversy. *See Goldberg v. CPC Int'l, Inc.*, 678 F.2d 1365 (9th Cir. 1982).

11. <u>No CAFA Exclusions</u>. The action does not fall within any exclusion to removal jurisdiction recognized by 28 U.S.C. section 1332(d) because Nuance is not a citizen of California, the state in which the action originally was filed, and no other exclusion applies.

### Notice to State Court

12. A copy of this Notice of Removal is being filed with the Clerk of the Superior Court for the County of Los Angeles. (*See* McDowell Dec. Ex. B., attaching without exhibits the state court removal notice.)

Dated: October 10, 2012

DAVID F. MCDOWELL
GIANCARLO UREY
MORRISON & FOERSTER LLP

By: _____
David F. McDowell

Attorneys for Defendant
NUANCE COMMUNICATIONS, INC.

# CERTIFICATE OF SERVICE BY MAIL
(Fed. R. Civ. Proc. rule 5(b))

I declare that I am employed with the law firm of Morrison & Foerster LLP, whose address is 555 West Fifth Street, Los Angeles, California 90013-1024; I am not a party to the within cause; I am over the age of eighteen years and I am readily familiar with Morrison & Foerster's practice for collection and processing of correspondence for mailing with the United States Postal Service and know that in the ordinary course of Morrison & Foerster's business practice the document described below will be deposited with the United States Postal Service on the same date that it is placed at Morrison & Foerster with postage thereon fully prepaid for collection and mailing.

I further declare that on the date hereof I served a copy of:

**DEFENDANT NUANCE COMMUNICATIONS, INC.'S NOTICE OF REMOVAL [28 U.S.C. § 1446(d)]**

on the following by placing a true copy thereof enclosed in a sealed envelope addressed as follows for collection and mailing at Morrison & Foerster LLP, 555 West Fifth Street, Los Angeles, California 90013-1024, in accordance with Morrison & Foerster's ordinary business practices:

| | |
|---|---|
| Motaz M. Gerges, Esq. | Alexis J. Curotto, Esq. |
| Andrew L. Levin | Fry's Electronics |
| Law Office of Motaz M. Gerges | 600 E. Brokaw Road |
| 15315 Magnolia Boulevard | San Jose, CA 95112 |
| Suite 429 | |
| Sherman Oaks, CA 91403 | |

I declare under penalty of perjury that the above is true and correct.

Executed at Los Angeles, California, this 10th day of October, 2012.

Rosa L. Beltran
(typed)

/s/
(signature)

Certificate of Service
la-1187670

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

This case has been assigned to District Judge Philip S. Gutierrez and the assigned discovery Magistrate Judge is Ralph Zarefsky.

The case number on all documents filed with the Court should read as follows:

**CV12- 8677 PSG (RZx)**

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

All discovery related motions should be noticed on the calendar of the Magistrate Judge

---

### NOTICE TO COUNSEL

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

Subsequent documents must be filed at the following location:

| [X] Western Division | [ ] Southern Division | [ ] Eastern Division |
|---|---|---|
| 312 N. Spring St., Rm. G-8 | 411 West Fourth St., Rm. 1-053 | 3470 Twelfth St., Rm. 134 |
| Los Angeles, CA 90012 | Santa Ana, CA 92701-4516 | Riverside, CA 92501 |

Failure to file at the proper location will result in your documents being returned to you.

---

CV-18 (03/06)   NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
CIVIL COVER SHEET

| I (a) PLAINTIFFS (Check box if you are representing yourself ☐) | DEFENDANTS |
|---|---|
| MICHAEL NATHAN, individually and on behalf of all others similarly situated | FRY'S ELECTRONICS, INC.; NUANCE COMMUNICATIONS, INC.; VLADIMIR PLESKOV; SYED N. FAHAD; JOHN FRY; DAVE FRY; RANDY FRY; and JOHN DOE 1; JOHN DOE 2; and DOES 1 TO 100, Inclusive |

| (b) Attorneys (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.) | Attorneys (If Known) |
|---|---|
| Motaz M. Gerges/Andrew L. Levin<br>Law Office of Motaz M. Gerges<br>15315 Magnolia Blvd., Suite 429<br>Sherman Oaks, CA 91403<br>(855) 525-2922 | David F. McDowell (SBN 125806)<br>Giancarlo Urey (SBN 267069)<br>Morrison & Foerster LLP<br>555 West Fifth Street<br>Los Angeles, CA 90013<br>Tel: (213) 892-5920; Fax: (213) 892-5454 |

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

☐ 1 U.S. Government Plaintiff
☐ 2 U.S. Government Defendant
☐ 3 Federal Question (U.S. Government Not a Party)
☒ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant.)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☒ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)

☐ 1 Original Proceeding
☒ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify):
☐ 6 Multi-District Litigation
☐ 7 Appeal to District Judge from Magistrate Judge

**V. REQUESTED IN COMPLAINT: JURY DEMAND:** ☒ Yes ☐ No (Check 'Yes' only if demanded in complaint.)
**CLASS ACTION under F.R.C.P. 23:** ☒ Yes ☐ No   ☐ MONEY DEMANDED IN COMPLAINT: $

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
Alleged Violations of Sections 1723 of the Civil code, sections 17200 and 17500 of the business and professional Code, etc., Removing pursuant to 28 U.S.C. § 1446 (D)

**VII. NATURE OF SUIT** (Place an X in one box only.)

| OTHER STATUTES | CONTRACT | TORTS PERSONAL INJURY | TORTS PERSONAL PROPERTY | PRISONER PETITIONS | LABOR |
|---|---|---|---|---|---|
| ☐ 400 State Reapportionment | ☐ 110 Insurance | ☐ 310 Airplane | ☐ 370 Other Fraud | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 710 Fair Labor Standards Act |
| ☐ 410 Antitrust | ☐ 120 Marine | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | | ☐ 720 Labor/Mgmt. Relations |
| ☐ 430 Banks and Banking | ☐ 130 Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 530 General | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act |
| ☐ 450 Commerce/ICC Rates/etc. | ☐ 140 Negotiable Instrument | | | ☐ 535 Death Penalty | |
| ☐ 460 Deportation | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 540 Mandamus/ Other | |
| ☐ 470 Racketeer Influenced and Corrupt Organizations | | | **BANKRUPTCY** | ☐ 550 Civil Rights | ☐ 740 Railway Labor Act |
| | ☐ 151 Medicare Act | ☐ 340 Marine | ☐ 22 Appeal 28 USC 158 | ☐ 555 Prison Condition | ☐ 790 Other Labor Litigation |
| ☐ 480 Consumer Credit | ☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 423 Withdrawal 28 USC 157 | **FORFEITURE / PENALTY** | ☐ 791 Empl. Ret. Inc. Security Act |
| ☐ 490 Cable/Sat TV | | ☐ 350 Motor Vehicle | | ☐ 610 Agriculture | **PROPERTY RIGHTS** |
| ☐ 810 Selective Service | ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 355 Motor Vehicle Product Liability | **CIVIL RIGHTS** | ☐ 620 Other Food & Drug | ☐ 820 Copyrights |
| ☐ 850 Securities/Commodities/ Exchange | | ☐ 360 Other Personal Injury | ☐ 441 Voting | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 830 Patent |
| ☐ 875 Customer Challenge 12 USC 3410 | ☐ 160 Stockholders' Suits | | ☐ 442 Employment | | ☐ 840 Trademark |
| | ☐ 190 Other Contract | ☐ 362 Personal Injury- Med Malpractice | ☐ 443 Housing/Acco- mmodations | | **SOCIAL SECURITY** |
| ☐ 890 Other Statutory Actions | ☐ 195 Contract Product Liability | ☒ 365 Personal Injury- Product Liability | ☐ 444 Welfare | ☐ 630 Liquor Laws | ☐ 861 HIA (1395ff) |
| ☐ 891 Agricultural Act | | | ☐ 445 American with Disabilities – Employment | ☐ 640 R.R.& Truck | ☐ 862 Black Lung (923) |
| ☐ 892 Economic Stabilization Act | ☐ 196 Franchise | ☐ 368 Asbestos Personal Injury Product Liability | | ☐ 650 Airline Regs | ☐ 863 DIWC/DIWW 405(g) |
| ☐ 893 Environmental Matters | **REAL PROPERTY** | | | ☐ 660 Occupational Safety /Health | ☐ 864 SSID Title XVI |
| ☐ 894 Energy Allocation Act | ☐ 210 Land Condemnation | | ☐ 446 American with Disabilities – Other | ☐ 690 Other | ☐ 865 RSI (405(g)) |
| ☐ 895 Freedom of Info. Act | ☐ 220 Foreclosure | **IMMIGRATION** | | | **FEDERAL TAX SUITS** |
| ☐ 900 Appeal of Fee Determi- nation Under Equal Access to Justice | ☐ 230 Rent Lease & Ejectment | ☐ 462 Naturalization Application | ☐ 440 Other Civil Rights | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| | ☐ 240 Torts to Land | | | | |
| ☐ 950 Constitutionality of State Statutes | ☐ 245 Tort Product Liability | ☐ 463 Habeas Corpus- Alien Detainee | | | ☐ 871 IRS-Third Party 26 USC 7609 |
| | ☐ 290 All Other Real Property | ☐ 465 Other Immigration Actions | | | |

FOR OFFICE USE ONLY: Case Number: **CV12-8677**

AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.

CV-71 (05/08)     CIVIL COVER SHEET     American LegalNet, Inc. / www.FormsWorkflow.com     Page 1 of 2

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
CIVIL COVER SHEET

**VIII(a). IDENTICAL CASES:** Has this action been previously filed in this court and dismissed, remanded or closed? ☒ No ☐ Yes
If yes, list case number(s): _____

**VIII(b). RELATED CASES:** Have any cases been previously filed in this court that are related to the present case? ☒ No ☐ Yes
If yes, list case number(s): _____

**Civil cases are deemed related if a previously filed case and the present case:**
(Check all boxes that apply)  ☐ A. Arise from the same or closely related transactions, happenings, or events; or
☐ B. Call for determination of the same or substantially related or similar questions of law and fact; or
☐ C. For other reasons would entail substantial duplication of labor if heard by different judges; or
☐ D. Involve the same patent, trademark or copyright, and one of the factors identified above in a, b or c also is present.

**IX. VENUE:** (When completing the following information, use an additional sheet if necessary.)

(a) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named plaintiff resides.
☐ Check here if the government, its agencies or employees is a named plaintiff. If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles | |

(b) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named defendant resides.
☐ Check here if the government, its agencies or employees is a named defendant. If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| | Delaware; Massachusetts; California |

(c) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH claim arose.
**Note: In land condemnation cases, use the location of the tract of land involved.**

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Amgeles | |

* Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties
Note: In land condemnation cases, use the location of the tract of land involved

X. SIGNATURE OF ATTORNEY (OR PRO PER): _____ Date October 10, 2012
David F. McDowell

Notice to Counsel/Parties: The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3 -1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. (g)) |

**CERTIFICATE OF SERVICE BY MAIL**
(Fed. R. Civ. Proc. rule 5(b))

I declare that I am employed with the law firm of Morrison & Foerster LLP, whose address is 555 West Fifth Street, Los Angeles, California 90013-1024; I am not a party to the within cause; I am over the age of eighteen years and I am readily familiar with Morrison & Foerster's practice for collection and processing of correspondence for mailing with the United States Postal Service and know that in the ordinary course of Morrison & Foerster's business practice the document described below will be deposited with the United States Postal Service on the same date that it is placed at Morrison & Foerster with postage thereon fully prepaid for collection and mailing.

I further declare that on the date hereof I served a copy of:

**CIVIL COVER SHEET**

on the following by placing a true copy thereof enclosed in a sealed envelope addressed as follows for collection and mailing at Morrison & Foerster LLP, 555 West Fifth Street, Los Angeles, California 90013-1024, in accordance with Morrison & Foerster's ordinary business practices:

| | |
|---|---|
| Motaz M. Gerges, Esq. | Alexis J. Curotto, Esq. |
| Andrew L. Levin | Fry's Electronics |
| Law Office of Motaz M. Gerges | 600 E. Brokaw Road |
| 15315 Magnolia Boulevard | San Jose, CA 95112 |
| Suite 429 | |
| Sherman Oaks, CA 91403 | |

I declare under penalty of perjury that the above is true and correct.

Executed at Los Angeles, California, this 10th day of October, 2012.

_____Rosa L. Beltran_____          /S/
(typed)                            (signature)

Certificate of Service
la-1187670