UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**#42-44**

CIVIL MINUTES - GENERAL

| Case No. | CV 12 - 8677-PSG (RZx) | Date | May 16, 2013 |
|---|---|---|---|
| Title | *Michael Nathan v. Fry's Electronics, Inc., et al.* | | |

| Present: | The Honorable Philip S. Gutierrez, United States District Judge | |
|---|---|---|
| | Wendy Hernandez | Not Reported |
| | Deputy Clerk | Court Reporter / Recorder |
| | Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| | Not Present | Not Present |

**Proceedings:**     (In Chambers): **Order GRANTING motions to dismiss**

There are presently three motions to dismiss pending in the above-captioned action: On February 8, 2013, Defendant Fry's Electronics, Inc. ("Fry's"), Vladimir Pleskov ("Pleskov"), and Syed N. Fahad ("Fahad") filed a motion to dismiss the claims alleged against them, *see* Dkt. # 43, and a motion to strike the class allegations, *see* Dkt. # 44; also on February 8, 2013, Defendant Nuance Communication, Inc. ("Nuance") filed a motion to dismiss the claims against it, *see* Dkt. # 42.  The motions were scheduled for hearing on April 8, 2013.  Pursuant to Local Rule 7-9, Plaintiff was required to oppose the motions by March 18, 2013.  *See* L.R. 7-9.  Plaintiff has not filed an opposition, timely or otherwise.  Thus, pursuant to Local Rule 7-12, the Court deems the failure to file a timely opposition to either motion to dismiss to be consent to granting the motions.  *See* L.R. 7-12.

Therefore, the Court GRANTS both motions to dismiss.  Accordingly, Defendants Fry's, Pleskov, Fahad, and Nuance are DISMISSED from this action.  Additionally, the Court RENDERS MOOT the motion to strike.

**IT IS SO ORDERED.**