*JS-6*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 12-8677-PSG-GW(RZx) | Date | June 17, 2013 |
|---|---|---|---|
| Title | *Michael Nathan v. Frys Electronics, Inc., et al.* | | |

| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Javier Gonzalez | Wil Wilcox | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Michael Nathan, *pro se* | Robert Lester, AUSA |

**PROCEEDINGS:**     **STATUS CONFERENCE RE SEVERED CLAIMS**


Court hears argument for Plaintiff.  For reasons stated on the record, the Court dismisses the action as to Federal Defendants Philip S. Gutierrez and United States District Court Central District of California.

                                                                                                  :     08

                                                Initials of Preparer    JG